834 A.2d 523

**Jamie L. SHERWIN, Petitioner**

v.

**WORKERS' COMPENSATION APPEAL BOARD (BRADFORD DIMENSION PRODUCTS and Alexsis/RSK Co.), Respondent.**

Supreme Court of Pennsylvania.

Oct. 22, 2003.

## *ORDER*

PER CURIAM.

**AND NOW,** this 22nd day of October 2003, the Petition for Allowance of Appeal is GRANTED. The decision of the Commonwealth Court is VACATED and this matter is RE-MANDED to the Workers' Compensation Judge for issuance of an amended decision pursuant to this Court's decision in *Daniels v. Workers' Compensation Appeal Board (Tristate Transport)*, 828 A.2d 1043 (Pa.2003).